# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| George Victor Stokes, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:17-cv-00067-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Hubert Corpening | ) | |
| FNU Mitchell, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 16, 2017 Order.

June 16, 2017

Frank G. Johns, Clerk
United States District Court